**EXHIBIT A - FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

| Case No.: | 06-14889 | Trustee's Name: | Allan J. DeMars |
|---|---|---|---|
| Case Name: | CHAE K. KIM | Bank Name: | LaSalle Bank |
| Taxpayer ID#: | 36-7468744 | Initial CD #: | CDI |
| For Period Ending: | 12/31/07 | Blanket bond (per case limit): | 5,000,000 |
| | | Separate bond (if applicable): | |
| | | Money Market #: | 8604063332 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 12/26/06 | Ref 18 | Hinshaw clients fund | partial distribution representing 35% of rents owed to partnership | 1129-000 | 6,650.00 | | 6,650.00 |
| 12/26/06 | Ref 19 | Foster Bank | partial distribution representing 35% interest in partnership escrow account | 1129-000 | 80,500.00 | | 87,150.00 |
| 12/31/06 | Ref 20 | LaSalle Bank | interest on invested funds | 1270-000 | 37.13 | | 87,187.13 |
| BALANCE CARRIED FORWARD | | | | | | | 87,187.13 |
| 1/31/07 | Ref 20 | LaSalle Bank | interest on invested funds | 1270-000 | 231.63 | | 87,418.76 |
| 2/9/07 | Check 1001 | International Sureties, Ltd. | bond premium | 2300-000 | | 284.20 | 87,134.56 |
| 2/28/07 | Ref 20 | LaSalle Bank | interest on invested funds | 1270-000 | 211.02 | | 87,345.58 |
| 3/20/07 | Check 1002 | United States Treasury | income taxes-2006 | 2810-000 | | 16,940.00 | 70,405.58 |
| 3/20/07 | Check 1003 | Illinois Dept. of Revenue | income taxes-2006 | 2820-000 | | 2,786.00 | 67,619.58 |
| 3/31/07 | Ref 20 | LaSalle Bank | interest on invested funds | 1270-000 | 228.00 | | 67,847.58 |
| 4/30/07 | Ref 20 | LaSalle Bank | interest on invested funds | 1270-000 | 180.46 | | 68,028.04 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 5/8/07 | Ref 18 | EAK, LLC | use and occupancy at Southport for April 12- May 31, 2007; 65% of this amount to be remitted to co-owner | 1129-000 | 6,086.45 | | 74,114.49 |
| 5/15/07 | Check 1004 | Hwa Yeon Kim | 65% of EAK use and occupancy payment | 8500-000 | | 3,956.19 | 70,158.30 |
| 5/17/07 | Ref 18 | Hinshaw clients fund | partial distribution representing 35% of rents owed to partnership | 1129-000 | 5,284.97 | | 75,443.27 |
| 5/31/07 | Ref 20 | LaSalle Bank | interest on invested funds | 1270-000 | 203.11 | | 75,646.38 |
| 6/5/07 | Ref 18 | EAK, LLC | use and occupancy at Southport for June, 2007; 65% of this amount to be remitted to co-owner | 1129-000 | 3,679.36 | | 79,325.74 |
| 6/30/07 | Ref 20 | LaSalle Bank | interest on invested funds | 1270-000 | 211.21 | | 79,536.95 |
| 7/10/07 | Ref 18 | EAK, LLC | use and occupancy at Southport for July, 2007; 65% of this amount to be remitted to co-owner | 1129-000 | 4,282.67 | | 83,819.62 |
| 7/17/07 | Ref 1 | Hwa Yeon Kim | deposit for purchase of estate's interest in 3722-24-26 N. Southport real estate in which estate has a 42.5% interest | 1110-000 | 30,000.00 | | 113,819.62 |
| 7/31/07 | Ref 20 | LaSalle Bank | interest on invested funds | 1270-000 | 271.41 | | 114,091.03 |
| 8/1/07 | Ref 21 | State of Illinois | refund of overpayment of taxes | 1290-000 | 232.96 | | 114,323.99 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Money Market Balance** |
| 8/9/07 | Ref 1 | Hwa Yeon Kim | final payment for purchase of estate's interest in 3722-24-26 N. Southport real estate in which estate has a 42.5% interest | 1110-000 | 375,000.00 | | 489,323.99 |
| 8/17/07 | Check 1005 | Hwa Yeon Kim | 65% of EAK use and occupancy payment | 8500-000 | | 5,175.32 | 484,148.67 |
| 8/17/07 | Ref 18 | Hwa Yeon Kim | final distribution representing 35% of rents owed to partnership | 1129-000 | 10,884.01 | | 495,032.68 |
| 8/31/07 | Ref 20 | LaSalle Bank | interest on invested funds | 1270-000 | 1,148.45 | | 496,181.13 |
| 9/14/07 | Ref 9 | Matthew Wilbur | shares of stock in Que Syrah | 1129-000 | 2,500.00 | | 498,681.13 |
| 9/14/07 | Ref 9 | William Platt | shares of stock in Que Syrah | 1129-000 | 2,500.00 | | 501,181.13 |
| 9/14/07 | Check 1006 | United States Treasury | 2007 Form 1041 | 2810-000 | | 1,945.00 | 499,236.13 |
| 9/14/07 | Check 1007 | Illinois Department of Revenue | 2007 Form 1041 | 2820-000 | | 921.00 | 498,315.13 |
| | | | | | | | |
| | | | | COLUMN TOTALS | 530,322.84 | 32,007.71 | 498,315.13 |
| | | | | | 530,322.84 | 32,007.71 | 498,315.13 |

Money Market # 8604063332