UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| CHAE K. KIM | ) | |
| | ) | CASE NO. 06 B 14889 |
| DEBTOR | ) | |
| | ) | HON. PAMELA S. HOLLIS |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: **U.S. Bankruptcy Court, 219 S Dearborn St. Courtroom 644, Chicago, IL 60604**

   On: **December 6, 2007**                              Time: **10:30 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $530,322.84 |
   | Disbursements | $ 32,007.71 |
   | Net Cash Available for Distribution | $498,315.13 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | Allan J. DeMars, trustee | $ None | $29,766.14 | $ 106.38 |
   | Allan J. DeMars, attorney | $ None | $18,126.00 | |
   | Lois West, accountant | $ None | $ 3,070.50 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | NONE | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,016.51 must be paid in full for there to be any dividend to general unsecured creditors.

7. Claims of general unsecured creditors totaling $607,875.56 have been allowed and will be paid *pro rata* only

after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 72.58551%.

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 2 | Discover Bank | $ 14,101.92 | $ 10,235.95 |
| 4 | Matthew Wilbur | 20,000.00 | 14,517.10 |
| 8 | Hwa Yeon Kim | 475,000.00 | 344,781.18 |
| 9 | Ho Young Lee | 8,000.00 | 5,806.84 |
| 10 | Dlert Samboon | 6,500.00 | 4,718.06 |
| 12 | Household Finance Corp./ Beneficial by Ecast Settlement Corp. | 3,548.38 | 2,575.61 |
| 13 | Chae H. Smith | 5,000.00 | 3,629.28 |
| 14 | Ira Silverstein | 34,874.74 | 25,314.01 |
| 15 | Young M. Chung | 5,432.19 | 3,942.99 |
| 16 | Jin Bae Park | 12,500.00 | 9,073.19 |
| 17 | Citi Card | 8,439.66 | 6,125.97 |
| 18 | Citi Card | 14,478.67 | 10,509.42 |
|  |  | $607,875.56 | $441,229.60 |

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor  has  been discharged.

11. The Trustee proposes to abandon the following property at the hearing all of which is either subject to liens or has been claimed as exempt by the debtor:  SEE TRUSTEE'S EXHIBIT "B"  IN FINAL REPORT FOR SPECIFIC DETAILS.

Dated:  **October 30, 2007**                                                                                         For the Court,

                                                                                                        By: **Kenneth S. Gardner**
                                                                                                            Kenneth Gardner
                                                                                                            Clerk of the U.S. Bankruptcy Court
                                                                                                            219 So. Dearborn Street; 7th Floor
                                                                                                            Chicago, IL 60604

Trustee: Allan J. DeMars
Address: 100 W. Monroe - Suite 910
             Chicago, IL 60603
Phone No.: (312) 726-3377

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

...-4889    Doc 82    Filed 10/30/07    Entered 11/02/07 00:19:23    Desc Imaged
                       Certificate of Service    Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: sward              Page 1 of 1           Date Rcvd: Oct 30, 2007
Case: 06-14889                 Form ID: pdf002          Total Served: 32
```

The following entities were served by first class mail on Nov 01, 2007.
```
db           +Chae K. Kim,    6040 N. Lincoln Avenue,    Unit 2,    Morton Grove, IL 60053-2993
aty          +Cindy M. Johnson,    Johnson & Newby, LLC,    39 S. LaSalle Street,    Suite 820,
               Chicago, IL 60603-1616
tr           +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
11021972     +Associate Area Counsel, SB/SE,    200 W. Adams Street,    Suite 2300,    Chicago, IL 60606-5231
11021973      Bank of America,    P.O. Box 1758,    Newark, NJ 07101-1758
11021974     +Beneficial Finance,    4046 Narragansett Avenue,    Chicago, IL 60634-1586
11021975     +Chong, MuYong,    716 Willowdale Lane,    Kennett Square, PA 19348-1529
11021976      Chung, Young Mi,    25302 Mastery Place,    Aldie, VA 20105-3451
11021977      Citi Cards,    P.O. Box 688908,    Des Moines, IA 50368-8908
11021978     +D. Patrick Mullarkey, Tax Division,    P.O. Box 55,    Ben Franklin Station,
               Washington, DC 20044-0055
11021980     +Foster Bank,    5225 N. Kedzie Avenue,    Chicago, IL 60625-4755
11021981     +Gelyana, M.D.,    1500 Waukegan Road,    Glenview, IL 60025-2100
11214335      Household Finance Corporation/Beneficial,    by eCAST Settlement Corporation,    as its agent,
               POB 35480,    Newark NJ 07193-5480
11021982     +Hwa Yeon Kim,    3255 N. Harris,    Glenview, IL 60025-4571
11021989     +Hwa Yeon Kim,    Lee, John,    Hinshaw & Culbertson, LLP,    222 N. LaSalle, Suite 300,
               Chicago, IL 60601-1081
11203404      Hwa Yeon Kim,    John Lee,    Hinshaw & Culbertson LLP,    222 N LaSalle St Suite 300,
               Chicago, IL 60601-1081
11021984     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   Department of the Treasury,    Internal Revenue Service,
               Centralized Insolvency Operations,    PO Box 21126,    Philadelphia, PA 19114)
11021983     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   Internal Revenue Service,    P.O. Box 21126,    Philadelphia, PA 19114)
11021985     +Kim, Chung K.,    228 Crystal Downsway,    Suwanee, GA 30024-7630
11021986     +Kim, Duk Hyun,    6147 W. Dempster,    Morton Grove, IL 60053-2953
11021987     +Kim, Hwa Yeon,    3255 N. Harris,    Glenview, IL 60025-4571
11021988     +Lee, Ho Young,    1104 Longmeadow Drive,    Glenview, IL 60025-2559
11021990     +Magdaleno, Tony d/b/a Tony's Landsc,    8307 W. Maynard,    Niles, IL 60714-1057
11021991     +Park, Jin Bae,    14722 45th Place West,    Lynnwood, WA 98087-1810
11136863     +Que Syrah, Inc,    Matt Wilbur,    3209 N Lakewood Ave,    Chicago IL 60657-3215
11021992     +Silverstein, Ira I.,    111 W. Washington,    Suite 1760,    Chicago, IL 60602-2721
11021993     +Smith, Chae H.,    94-394 Kahulialii Street,    Mililani, HI 96789-2640
11021994     +Somboon, Dlert,    3950 N. Lakeshore Drive,    Apt. 12058,    Chicago, IL 60613-3434
11021995     +United States Attorney,    219 S. Dearborn Street,    Chicago, IL 60604-1708
11021996     +Wilbur, Matthew,    3209 N. Lakewood,    Chicago, IL 60657-3215
```

The following entities were served by electronic transmission on Oct 31, 2007.
```
11072494     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 31 2007 05:58:16      DISCOVER BANK,
               DISCOVER FINANCIAL SERVICES,    PO BOX 3025,    NEW ALBANY, OH 43054-3025
11021979      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 31 2007 05:58:16      Discover Platinum,
               P.O. Box 15192,    Wilmington, DE 19850-5192
                                                                                              TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
                                                                                             TOTALS: 0, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 01, 2007          Signature: _Joseph Speetjens_