UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CHAE K. KIM | ) | Hon. PAMELA S. HOLLIS |
| | ) | |
| | ) | Case No.  06 B 14889 |
| | ) | |

**Trustee's Final Account
and
<u>Application to Close Case and Discharge Trustee</u>**

To:   The Honorable PAMELA S. HOLLIS
United States Bankruptcy Judge

Final distributions of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Group Exhibit A.

All checks have been cashed.  Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit B.  Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.


Dated:  February 11, 2008         /s/ Allan J. DeMars

                                    Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )
                                    ) Case No. 06 B 14889
CHAE K, KIM                         ) Hon. PAMELA S. HOLLIS
                                    ) Chapter 7
               Debtor               )

ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:
1. Trustee's compensation          $ 29,766.14
   Allan J. DeMars

2. Trustee's expenses              $     106.38
   Allan J. DeMars

                          TOTAL    $ 29,872.52

IT IS FURTHER ORDERED that the requests for final compensation and expenses are allowed as follows:
1. Attorney for the Trustee
   a. Compensation                 $ 18,126.00
      Allan J. DeMars
   b. Expenses                     $

2. Accountant for the Trustee
   Lois West/Popowcer Katten, Ltd.
   a. Compensation                 $  3,070.50
   b. Expenses                     $

                          Total    $ 21,196.50

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this 6th day of December, 2007          **ENTERED**

                                              DEC - 6 2007
                          Enter: _____
                                 Bankruptcy Judge PAMELA S. HOLLIS
                                                  BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )
                                    ) Case No. 06 B 14889
CHAE K. KIM                         ) Hon. PAMELA S. HOLLIS
                                    ) Chapter 7
              Debtor                )

PROPOSED DISTRIBUTION REPORT

I, <u>Allan J. DeMars</u>, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I am making the following distribution:

SUMMARY OF DISTRIBUTION:
| | | |
|---|---|---|
| Fees and Expenses | Trustee: $29,872.52 | |
| | Attorney: $18,126.00 | |
| | Accts:    $ 3,070.50 | $   51,069.02 |
| Chapter 7 Administrative Expenses: | | $ |
| Chapter 11 Administrative Expenses: | | $ |
| Priority Claims (507(a)(3)-(a)(7)): | | $ |
| Secured Tax Liens: | | $ |
| Priority Tax Claims: | | $   6,016.51 |
| General Unsecured Claims: | | $ 445,302.41 |
| Other: | | $ |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | | $ 502,387.94 |

REPORT OF DISTRIBUTION

| 1.  TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a) & (b) and 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $51,069.02 | 100% |

| CLAIM NUMBER | CREDITOR | | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| Allan J. DeMars: | trustee's fees | | $29,766.14 | $29,766.14 |
| | expenses | | 106.38 | 106.38 |
| | attorney's fees | | 18,126.00 | 18,126.00 |
| Lois West/ Popowcer Katten | accountant's fees | | 3,070.50 | 3,070.50 |
| | | | $51,069.02 | $51,069.02 |

REPORT OF DISTRIBUTION - CONT'D                    PAGE 2 of 6

| 2.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a) & (b) and 507(a)(1) (Debtor-in-possession (DIP) administrative expenses) (Domestic Support Obligations) | $ | |
| CLAIM NUMBER     CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |

| 3.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(3) -Gap claims arising in involuntary cases and allowed pursuant to 502(f) | $ | |
| CLAIM NUMBER     CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |

| 4.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(4) - Wages, salaries or commissions limited to $10,950.00 | $ | |
| CLAIM NUMBER     CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |

REPORT OF DISTRIBUTION - CON'T                         PAGE  3  of  6

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(5) - Contributions to Employee Benefit Plans | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(6) - Farmers' and Fishermans' claims to the extent of $5,400. | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(7) - Deposits by consumers to the extent of $2,425.00 | $ | % |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

REPORT OF DISTRIBUTION - CONT'D                    PAGE 4 of 6

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 724(b) - Tax claims | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(8) - Tax claims excluding fines and penalties | $6,016.51 | 100.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | Internal Revenue Service | $ 6,016.51 | 6,016.51 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(9) - Capital Commitments to Federal Depository Institutions | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION-CON'T                         Page 5 of 6

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $607,875.56 | 73.25552% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 2 | Discover Bank | $ 14,101.92 | $ 10,330.43 |
| 4 | Matthew Wilbur | 20,000.00 | 14,651.10 |
| 8 | Hwa Yeon Kim | 475,000.00 | 347,963.72 |
| 9 | Ho Young Lee | 8,000.00 | 5,860.45 |
| 10 | Dlert Samboon | 6,500.00 | 4,761.61 |
| 12 | Household Finance Corp./ Beneficial by Ecast Settlement Corp. | 3,548.38 | 2,599.38 |
| 13 | Chae H. Smith | 5,000.00 | 3,662.78 |
| 14 | Ira Silverstein | 34,874.74 | 25,547.67 |
| 15 | Young M. Chung | 5,432.19 | 3,979.38 |
| 16 | Jin Bae Park | 12,500.00 | 9,156.94 |
| 17 | Citi Card | 8,439.66 | 6,182.52 |
| 18 | Citi Card | 14,478.67 | 10,606.43 |
|  |  | $607,875.56 | $445,302.41 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | AMOUNT OF DIVIDEND % |
|---|---|---|
| 726(a)(3) - Late unsecured claims. | $ |  |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/ penalties | $869.35 | 0.00% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1. | Internal Revenue Service | $869.35 | $ 0.00 |

REPORT OF DISTRIBUTION-CON'T                               Page 6 of 6

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(5) - Interest | $ | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(6) - Surplus to Debtor | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | $ | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM# | CREDITOR | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN |
|---|---|---|---|---|

The secured claim (#3) of Foster Bank has been withdrawn. The right, title and interest in the real estate on which it has a security interest has been sold subject to said lien.

Claim #5 of Que Syrah was disallowed.
Claim #6 of Chung K. Kim was disallowed.
Claim #7 of Duk Hyun Kim was disallowed.

The memorandum of judgment filed by Hwa Yeon Kim (claim #8) have been released and her claim is unsecured.

Claim #11 of Mu Yong Chong was disallowed.

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: December 6, 2007                    /s/ Allan J. DeMars
                                                Trustee

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 06-14889  Trustee's Name: Allan J. DeMars
Case Name: CHAE K. KIM  Bank Name: LaSalle Bank
Taxpayer ID#: 36-7468744  Initial CD #: CDI
For Period Ending: 12/31/07  Blanket bond (per case limit): 5,000,000
Separate bond (if applicable):
Money Market #: 8604063332

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 12/26/06 | Ref 18 | Hinshaw clients fund | partial distribution representing 35% of rents owed to partnership | 1129-000 | 6,650.00 | | 6,650.00 |
| 12/26/06 | Ref 19 | Foster Bank | partial distribution representing 35% interest in partnership escrow account | 1129-000 | 80,500.00 | | 87,150.00 |
| 12/31/06 | Ref 20 | LaSalle Bank | interest on invested funds | 1270-000 | 37.13 | | 87,187.13 |
| BALANCE CARRIED FORWARD | | | | | | | 87,187.13 |
| 1/31/07 | Ref 20 | LaSalle Bank | interest on invested funds | 1270-000 | 231.63 | | 87,418.76 |
| 2/9/07 | Check 1001 | International Sureties, Ltd. | bond premium | 2300-000 | | 284.20 | 87,134.56 |
| 2/28/07 | Ref 20 | LaSalle Bank | interest on invested funds | 1270-000 | 211.02 | | 87,345.58 |
| 3/20/07 | Check 1002 | United States Treasury | income taxes-2006 | 2810-000 | | 16,940.00 | 70,405.58 |
| 3/20/07 | Check 1003 | Illinois Dept. of Revenue | income taxes-2006 | 2820-000 | | 2,786.00 | 67,619.58 |
| 3/31/07 | Ref 20 | LaSalle Bank | interest on invested funds | 1270-000 | 228.00 | | 67,847.58 |
| 4/30/07 | Ref 20 | LaSalle Bank | interest on invested funds | 1270-000 | 180.46 | | 68,028.04 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 5/8/07 | Ref 18 | EAK, LLC | use and occupancy at Southport for April 12-May 31, 2007; 65% of this amount to be remitted to co-owner | 1129-000 | 6,086.45 | | 74,114.49 |
| 5/15/07 | Check 1004 | Hwa Yeon Kim | 65% of EAK use and occupancy payment | 8500-000 | | 3,956.19 | 70,158.30 |
| 5/17/07 | Ref 18 | Hinshaw clients fund | partial distribution representing 35% of rents owed to partnership | 1129-000 | 5,284.97 | | 75,443.27 |
| 5/31/07 | Ref 20 | LaSalle Bank | interest on invested funds | 1270-000 | 203.11 | | 75,646.38 |
| 6/5/07 | Ref 18 | EAK, LLC | use and occupancy at Southport for June, 2007; 65% of this amount to be remitted to co-owner | 1129-000 | 3,679.36 | | 79,325.74 |
| 6/30/07 | Ref 20 | LaSalle Bank | interest on invested funds | 1270-000 | 211.21 | | 79,536.95 |
| 7/10/07 | Ref 18 | EAK, LLC | use and occupancy at Southport for July, 2007; 65% of this amount to be remitted to co-owner | 1129-000 | 4,282.67 | | 83,819.62 |
| 7/17/07 | Ref 1 | Hwa Yeon Kim | deposit for purchase of estate's interest in 3722-24-26 N. Southport real estate in which estate has a 42.5% interest | 1110-000 | 30,000.00 | | 113,819.62 |
| 7/31/07 | Ref 20 | LaSalle Bank | interest on invested funds | 1270-000 | 271.41 | | 114,091.03 |
| 8/1/07 | Ref 21 | State of Illinois | refund of overpayment of taxes | 1290-000 | 232.96 | | 114,323.99 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 8/9/07 | Ref 1 | Hwa Yeon Kim | final payment for purchase of estate's interest in 3722-24-26 N. Southport real estate in which estate has a 42.5% interest | 1110-000 | 375,000.00 | | 489,323.99 |
| 8/17/07 | Check 1005 | Hwa Yeon Kim | 65% of EAK use and occupancy payment | 8500-000 | | 5,175.32 | 484,148.67 |
| 8/17/07 | Ref 18 | Hwa Yeon Kim | final distribution representing 35% of rents owed to partnership | 1129-000 | 10,884.01 | | 495,032.68 |
| 8/31/07 | Ref 20 | LaSalle Bank | interest on invested funds | 1270-000 | 1,148.45 | | 496,181.13 |
| 9/14/07 | Ref 9 | Matthew Wilbur | shares of stock in Que Syrah | 1129-000 | 2,500.00 | | 498,681.13 |
| 9/14/07 | Ref 9 | William Platt | shares of stock in Que Syrah | 1129-000 | 2,500.00 | | 501,181.13 |
| 9/14/07 | Check 1006 | United States Treasury | 2007 Form 1041 | 2810-000 | | 1,945.00 | 499,236.13 |
| 9/14/07 | Check 1007 | Illinois Department of Revenue | 2007 Form 1041 | 2820-000 | | 921.00 | 498,315.13 |
| 9/30/07 | Ref 20 | LaSalle Bank | interest on invested funds | 1270-000 | 1,425.50 | | 499,740.63 |
| 10/31/07 | Ref 20 | LaSalle Bank | interest on invested funds | 1270-000 | 1,400.64 | | 501,141.27 |
| 11/29/07 | Ref 20 | LaSalle Bank | interest on invested funds | 1270-000 | 1,246.67 | | 502,387.94 |
| 12/6/07 | Check 1008 | Allan J. DeMars | trustee's fees | 2100-000 | | 29,766.14 | 472,621.80 |
| 12/6/07 | Check 1009 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 106.38 | 472,515.42 |
| 12/6/07 | Check 1010 | Allan J. DeMars | attorney's fees | 3110-000 | | 18,126.00 | 454,389.42 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 12/6/07 | Check 1011 | Lois West/Popowcer Katten Ltd. | accountant's fees | 3410-000 | | 3,070.50 | 451,318.92 |
| 12/6/07 | Check 1012 | Internal Revenue Service | 507(a)(8) tax claim | 5800-000 | | 6,016.51 | 445,302.41 |
| 12/6/07 | Check 1013 | Discover Bank | 726(a)(2); 73.25552% | 7100-900 | | 10,330.43 | 434,971.98 |
| 12/6/07 | Check 1014 | Matthew Wilbur | 726(a)(2); 73.25552% | 7100-000 | | 14,651.10 | 420,320.88 |
| 12/6/07 | Check 1015 | Hwa Yeon Kim | 726(a)(2); 73.25552% | 7100-000 | | 347,963.72 | 72,357.16 |
| 12/6/07 | Check 1016 | Ho Young Lee | 726(a)(2); 73.25552% | 7100-000 | | 5,860.45 | 66,496.71 |
| 12/6/07 | Check 1017 | Dlert Samboon | 726(a)(2); 73.25552% | 7100-000 | | 4,761.61 | 61,735.10 |
| 12/6/07 | Check 1018 | Household Finance Corp./Beneficial | 726(a)(2); 73.25552% | 7100-900 | | 2,599.38 | 59,135.72 |
| 12/6/07 | Check 1019 | Chae H. Smith | 726(a)(2); 73.25552% | 7100-000 | | 3,662.78 | 55,472.94 |
| 12/6/07 | Check 1020 | Ira Silverstein | 726(a)(2); 73.25552% | 7100-000 | | 25,547.67 | 29,925.27 |
| 12/6/07 | Check 1021 | Young M. Chung | 726(a)(2); 73.25552% | 7100-000 | | 3,979.38 | 25,945.89 |
| 12/6/07 | Check 1022 | Jin Bae Park | 726(a)(2); 73.25552% | 7100-000 | | 9,156.94 | 16,788.95 |
| 12/6/07 | Check 1023 | Citi Card | 726(a)(2); 73.25552% | 7100-900 | | 6,182.52 | 10,606.43 |
| 12/6/07 | Check 1024 | Citi Card | 726(a)(2); 73.25552% | 7100-900 | | 10,606.43 | 0.00 |
| | | | | COLUMN TOTALS | 534,395.65 | 534,395.65 | 0.00 |
| | | | | Less: Bank transfers/CD Subtotal | | | |
| | | | | Less: Payments to debtor(s) Net | 534,395.65 | 534,395.65 | 0.00 |

NET

```
TOTAL - ALL ACCOUNTS              NET DEPOSITS      DISBURSEMENTS        BALANCES
Checking#
Money Market # 8604063332            534,395.65         534,395.65            0.00
Savings #
CD #CDI
Net                                  534,395.65         534,395.65            0.00
                                 Excludes account   Excludes payments    Total Funds
                                     transfers          to debtor           on Hand
```